UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 JUN 23 PM 3:32
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3 20 cr 63 |
| Plaintiff, | INDICTMENT |
| v. | THOMAS M. ROSE |
| 1. KAVONTE KNOLTON | 18 U.S.C. § 1951 |
| 2. JAMAAL MURPHY | 18 U.S.C. § 924(c) |
| | 18 U.S.C. § 2 |
| Defendants. | FORFEITURE |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1951]

1. At all times relevant to this Indictment:

   a. With locations in states throughout this country, Circle K was a convenience store operating at 1105 West Dorothy Lane, Kettering, Ohio. Circle K engaged in interstate commerce and was an industry which affects interstate commerce.

   b. With locations in Ohio and Kentucky, United Dairy Farmers was a convenience store and gas station operating at 1666 Woodman Drive, Dayton, Ohio. United Dairy Farmers engaged in interstate commerce and was an industry which affects interstate commerce.

   c. Wyoming Mini-Mart was a convenience store operating at 1820 Wyoming Street, Dayton, Ohio. Wyoming Mini-Mart engaged in interstate commerce and was an industry which affects interstate commerce.

(collectively, the "Commercial Businesses").

  2. Between December 2019 and March 2020, in the Southern District of Ohio, defendants **KAVONTE KNOLTON, JAMAAL MURPHY,** and others unknown to the Grand Jury, knowingly conspired to unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce by robbery and threats of physical violence to any person in that defendants **KAVONTE KNOLTON, JAMAAL MURPHY,** and others unknown to the Grand Jury unlawfully agreed to take and obtain personal property in the presence of the employees of the Commercial Businesses, against the will of the employees of the Commercial Businesses by means of actual and threatened force, violence, and fear of injury, immediate and future, to the persons of the employees of the Commercial Businesses at the time of the taking and obtaining.

  All in violation of Title 18, United States Code, Section 1951.

COUNT TWO

[18 U.S.C. § 1951]

3. The allegations contained in Paragraph 1.c. of this Indictment are realleged and incorporated by reference as though set forth in full.

4. On or about December 9, 2019, in the Southern District of Ohio, defendant **JAMAAL MURPHY** and another unknown to the Grand Jury, aiding and abetting each other, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce by robbery and threats of physical violence to any person in that defendant **JAMAAL MURPHY** and another unknown to the Grand Jury unlawfully took and obtained personal property in the presence of employees of Wyoming Mini-Mart, 1820 Wyoming Street, Dayton, Ohio, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons at the time of the taking and obtaining.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT THREE

[18 U.S.C. § 924(c)(1)(A)(ii)]

5. On or about December 9, 2019, in the Southern District of Ohio, defendant **JAMAAL MURPHY** and another unknown to the Grand Jury, aiding and abetting each other, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may prosecuted in a court of the United States – namely, interference with commerce through robbery in violation of Title 18, United States Code, Section 1951, alleged in Count Two of the Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2, and Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT FOUR

[18 U.S.C. § 1951]

6. The allegations contained in Paragraph 1.b. of this Indictment are realleged and incorporated by reference as though set forth in full.

7. On or about January 25, 2020, in the Southern District of Ohio, defendant **KAVONTE KNOLTON** and another unknown to the Grand Jury, aiding and abetting each other, unlawfully

obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce by robbery and threats of physical violence to any person in that defendant **KAVONTE KNOLTON** and another unknown to the Grand Jury unlawfully took and obtained personal property in the presence of an employee of the United Diary Farmers, 1666 Woodman Avenue, Dayton, Ohio, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person at the time of the taking and obtaining.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT FIVE

[18 U.S.C. § 924(c)(1)(A)(ii)]

8. On or about January 25, 2020, in the Southern District of Ohio, defendant **KAVONTE KNOLTON** and another unknown to the Grand Jury, aiding and abetting each other, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may prosecuted in a court of the United States – namely, interference with commerce through robbery in violation of Title 18, United States Code, Section 1951, alleged in Count Four of the Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNT SIX

[18 U.S.C. § 1951]

9. The allegations contained in Paragraph 1.b. of this Indictment are realleged and incorporated by reference as though set forth in full.

10. On or about February 14, 2020, in the Southern District of Ohio, defendant **KAVONTE KNOLTON** and another unknown to the Grand Jury, aiding and abetting each other, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce by robbery and threats of physical violence to any person in that defendant **KAVONTE KNOLTON** and another unknown to the Grand Jury unlawfully took and obtained personal property in the presence of employees of the United Diary Farmers, 1666 Woodman Avenue, Dayton, Ohio, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person at the time of the taking and obtaining.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT SEVEN

[18 U.S.C. § 924(c)(1)(A)(ii)]

11. On or about February 14, 2020, in the Southern District of Ohio, defendant **KAVONTE KNOLTON** and another unknown to the Grand Jury, aiding and abetting each other, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may prosecuted in a court of the United States – namely, interference with commerce through robbery in violation of Title 18, United States Code, Section 1951, alleged in Count Six of the Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2, and Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT EIGHT

[18 U.S.C. § 1951]

12. The allegations contained in Paragraph 1.a. of this Indictment are realleged and incorporated by reference as though set forth in full.

13. On or about February 22, 2020, in the Southern District of Ohio, defendants **KAVONTE KNOLTON** and **JAMAAL MURPHY**, aiding and abetting each other, unlawfully obstructed, delayed,

and affected commerce, and the movement of articles and commodities in such commerce by robbery and threats of physical violence to any person in that defendants **KAVONTE KNOLTON** and **JAMAAL MURPHY** unlawfully took and obtained personal property in the presence of employees of the Circle K, 1105 West Dorothy Lane, Kettering, Ohio, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person at the time of the taking and obtaining.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT NINE

[18 U.S.C. § 924(c)(1)(A)(ii)]

14. On or about February 22, 2020, in the Southern District of Ohio, defendants **KAVONTE KNOLTON** and **JAMAAL MURPHY**, aiding and abetting each other, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which they may prosecuted in a court of the United States - namely, interference with commerce through robbery in violation of Title 18, United States Code, Section 1951, alleged in Count Eight of the Indictment.

In violation of Title 18, United States Code, Sections

924(c)(1)(A)(ii) and 2, and Pinkerton v. United States, 328 U.S. 640 (1946).

COUNT TEN

[18 U.S.C. § 1951]

15. The allegations contained in Paragraph 1.c. of this Indictment are realleged and incorporated by reference as though set forth in full.

16. On or about March 5, 2020, in the Southern District of Ohio, defendants **KAVONTE KNOLTON** and **JAMAAL MURPHY**, aiding and abetting each other, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce by robbery and threats of physical violence to any person in that defendants **KAVONTE KNOLTON** and **JAMAAL MURPHY** unlawfully took and obtained personal property in the presence of an employee of the Wyoming Mini-Mart, 1820 Wyoming Street, Dayton, Ohio, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person at the time of the taking and obtaining.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT ELEVEN

[18 U.S.C. § 924(c)(1)(A)(ii)]

17. On or about March 5, 2020, in the Southern District of Ohio, defendants **KAVONTE KNOLTON** and **JAMAAL MURPHY**, aiding and abetting each other, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which they may prosecuted in a court of the United States – namely, interference with commerce through robbery in violation of Title 18, United States Code, Section 1951, alleged in Count Ten of the Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2, and Pinkerton v. United States, 328 U.S. 640 (1946).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count One of this Indictment, defendants **KAVONTE KNOLTON** and **JAMAAL MURPHY** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in such violation, including but not limited to:

- LR Raven Arms Pistol, .22 cal., SN: 4317335; and

- Soc. It. F.lii Galesi-Brescia Pistol, .22 cal., SN: 124859.

### FORFEITURE ALLEGATION 2

Upon conviction of any offense set forth in Counts Two and/or Three of this Indictment, defendant **JAMAAL MURPHY** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in such violation, including but not limited to a LR Raven Arms Pistol, .22 cal., SN: 4317335.

### FORFEITURE ALLEGATION 3

Upon conviction of any offense set forth in Counts Four through Eleven of this Indictment, defendant **KAVONTE KNOLTON** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in such violation, including but not limited to a Soc. It. F.lii Galesi-Brescia Pistol, SN: 124859.

### FORFEITURE ALLEGATION 4

Upon conviction of any offense set forth in Counts Eight through Eleven of this Indictment, defendant **JAMAAL MURPHY** shall

forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in such violation, including but not limited to a Soc. It. F.lii Galesi-Brescia Pistol, SN: 124859.

A TRUE BILL

/s/
_____
Foreperson

DAVID M. DEVILLERS
United States Attorney

FOR _____
BRENT G. TABACCHI
Assistant United States Attorney